THE HONORABLE ROBERT S LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARGARETE CHENOWETH and DAVID CHENOWETH,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>HMR FUNDING, LLC; DEAN CHASE; MARK GUEDRI; MKL SERVICES LLC d/b/a BRIGHTSTAR CARE OF NORTH SEATTLE; CHC SERVICES, LLC; TRANSAMERICA MEDICAL ASSISTANCE, LLC,<br><br>　　　　　　　　Defendants. | NO. 2:16-cv-01928<br><br>STIPULATION FOR AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT MKL SERVICES LLC'S RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT<br><br>Noted for Hearing: February 24, 2017 |

Counsel for Defendant MKL Services LLC d/b/a BrightStar Care of North Seattle (hereinafter "BrightStar") and counsel for Plaintiffs hereby stipulate to an extension of time for BrightStar to file its Answer or other responsive pleading to Plaintiff's Amended Complaint until March 31, 2017.

Dated this 24th day of February, 2017.

| | |
|---|---|
| GORDON THOMAS HONEYWELL LLP | THE SULLIVAN LAW FIRM |
| By s/ Shelly M. Andrew<br>　Shelly M. Andrew, WSBA No. 41195<br>　Attorneys for Defendant MKL Services LLC d/b/a BrightStar Care of North Seattle | By s/Kevin P. Sullivan<br>　Kevin P. Sullivan, WSBA No. 11987<br>　Patrick J. Sullivan, WSBA No. 50230<br>　Mina Shahin, WSBA No. 46661<br>　Attorneys for Plaintiffs |

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1 of 2
(2:16-cv-01928)
[4824-8455-5076]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

LYONS & CONE P.L.C.

By s/ Jim Lyons
Jim Lyons
Attorney for Plaintiffs

### ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that the deadline for Defendant MKL Services LLC d/b/a BrightStar Care of North Seattle to file its Answer or other responsive pleading to Plaintiffs' Amended Complaint is extended to March 31, 2017.

DATED this 28th day of February, 2017.

/s/ Robert S. Lasnik
HONORABLE ROBERT S. LASNIK

Presented By:
GORDON THOMAS HONEYWELL LLP

By s/Shelly M. Andrew
Shelly M. Andrew, WSBA No. 41195
Attorney for Defendant MKL Services LLP

THE SULLIVAN LAW FIRM

By s/Kevin P. Sullivan
Kevin P. Sullivan, WSBA No. 11987
Patrick J. Sullivan, WSBA No. 50230
Mina Shahin, WSBA No. 46661
Attorneys for Plaintiffs

LYONS & CONE P.L.C.

By s/Jim Lyons
Jim Lyons
Attorney for Plaintiffs

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2 of 2
(2:16-cv-01928)
[4824-8455-5076]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565