The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGARETE CHENOWETH and DAVID CHENOWETH,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HMR FUNDING, LLC; DEAN CHASE; MARK GUEDRI; MKL SERVICES, LLC d/b/a BRIGHTSTAR CARE OF NORTH SEATTLE; CHC SERVICES, LLC; TRANSAMERICA MEDICAL ASSISTANCE, LLC,<br><br>　　　　　Defendants. | **Case No. 2:16-cv-01928-RSL**<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT CHC SERVICES, LLC TO FILE RESPONSIVE PLEADING |

　　　　Defendant CHC SERVICES, LLC (hereinafter "CHCS") and Plaintiffs, by and through their attorneys of record, hereby stipulate that CHCS shall have until May 1, 2017, to file an Answer or other responsive pleading to Plaintiffs' Amended Complaint.

//

//

//

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT CHC SERVICES, LLC TO FILE RESPONSIVE PLEADING- 1

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98404
p. 206-749-0094 ・ f. 206-749-0194

DATED this 5th day of April, 2017.

| | |
|---|---|
| FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC | THE SULLIVAN LAW FIRM |
| By: */s/ Mark B. Melter* <br> Eron Z. Cannon, WSBA No. 42706 <br> Jennifer M. Smitrovich, WSBA No. 37062 <br> Mark B. Melter, WSBA No. 46262 <br> Attorneys for Defendant CHCS | By:*/s/ Kevin P. Sullivan* <br> Kevin P. Sullivan, WSBA No. 11987 <br> Patrick J. Sullivan, WSBA No. 50230 <br> Mina Shahin, WSBA No. 46661 <br> Attorneys for Plaintiffs |

LYONS & CONE P.L.C.

By: */s/Jim Lyons*
Jim Lyons
Attorney for Plaintiffs

## ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that the deadline for Defendant CHC SERVICES, LLC to file its Answer or other responsive pleading to Plaintiffs' Amended Complaint is extended to May 1, 2017.

DATED this 6th day of April, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT CHC SERVICES, LLC TO FILE RESPONSIVE PLEADING- 2

FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC
701 Fifth Avenue, Suite 4750
Seattle, WA 98404
p. 206-749-0094 ・ f. 206-749-0194