UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGARETE CHENOWETH and DAVID CHENOWETH,<br>Plaintiffs,<br>v.<br>HMR FUNDING, LLC; DEAN CHASE; MARK GUEDRI; MKL SERVICES LLC d/b/a BRIGHTSTAR CARE OF NORTH SEATTLE; CHC SERVICES, LLC; TRANSAMERICA MEDICAL ASSISTANCE, LLC,<br>Defendants. | NO. 2:16-cv-01928<br><br>STIPULATION FOR AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT MKL SERVICES LLC'S RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT<br><br>Noted for Hearing: April 28, 2017 |

Counsel for Defendant MKL Services LLC d/b/a BrightStar Care of North Seattle (hereinafter "BrightStar") and counsel for Plaintiffs previously stipulated to an extension of time for BrightStar to file its responsive pleading to Plaintiffs' Amended Complaint. Since that time, Defendant HMR Funding, LLC moved to dismiss a number of Plaintiffs claims in a 12(b)(6) motion noted for hearing on May 12, 2017. In light of the pending motion, Defendant and BrightStar hereby stipulate to an extension of time for BrightStar to file its responsive pleading to Plaintiff's Amended Complaint until June 1, 2017. The extension of time for BrightStar to answer or respond will delay or extend any other deadlines, including those in the Court's April 5, 2017 Amended Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement.

Dated this 28th day of May, 2017.

GORDON THOMAS HONEYWELL LLP

By s/ Shelly M. Andrew
   Shelly M. Andrew, WSBA No. 41195
   Attorneys for Defendant MKL Services
   LLC d/b/a BrightStar Care of North
   Seattle


THE SULLIVAN LAW FIRM

By s/Kevin P. Sullivan
   Kevin P. Sullivan, WSBA No. 11987
   Patrick J. Sullivan, WSBA No. 50230
   Mina Shahin, WSBA No. 46661
   Attorneys for Plaintiffs


LYONS & CONE P.L.C.

By s/ Jim Lyons
   Jim Lyons
   Attorney for Plaintiffs

# ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that the deadline for Defendant MKL Services LLC d/b/a BrightStar Care of North Seattle to file its Answer or other responsive pleading to Plaintiffs' Amended Complaint is extended to June 1, 2017. Contrary to the stipulation of the parties, however, this extension does not delay or extend the deadlines in the Court's April 5, 2017 Amended Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement.

DATED this 2nd day of May, 2017.

*/s/ Robert S. Lasnik*

HONORABLE ROBERT S. LASNIK