The Honorable Robert S. Lasnik

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MARGARETE CHENOWETH, and<br>DAVID CHENOWETH,<br><br>              Plaintiffs,<br><br>v.<br><br>HMR FUNDING, LLC; DEAN<br>CHASE; MARK GUEDRI; MKL<br>SERVICES LLC d/b/a<br>BRIGHTSTAR CARE OF NORTH<br>SEATTLE; CHC SERVICES, LLC;<br>TRANSAMERICA MEDICAL<br>ASSISTANCE, LLC,<br><br>              Defendants. | CAUSE No.: 2:16-cv-01928<br><br>STIPULATION FOR AND ORDER<br>FOR EXTENSION OF TIME FOR<br>PLAINTIFFS' OPPOSITION TO<br>DEFENDANT CHC SERVICES,<br>LLC'S MOTION TO DISMISS<br><br>Noting Date: May 17, 2017 |

9
10
11
12
13
14
15
16

17    Plaintiffs and Defendant CHC Services, LLC ("CHC"), by and through their attorneys

18  of record, hereby stipulate to an extension of time for Plaintiffs to file their opposition to

19  CHC's Motion to Dismiss. Plaintiffs shall have until June 15, 2017. CHC shall have until

20  June 23, 2017, to file its reply.

21  //

22  //

23  //

24  //

25  //

26  //

THE SULLIVAN LAW FIRM
K.Sullivan@SullivanLawFirm.org
701 Fifth Avenue, Suite 4600
Seattle, Washington 98104
206.903.0504

1   *DATED* this 17th day of May, 2017.

2                         THE SULLIVAN LAW FIRM

3

4                         By:*/s/Kevin P. Sullivan*
                              Kevin P. Sullivan, WSBA #11987
5                             Mina Shahin, WSBA #46661

6                         LYONS & CONE, P.L.C.

7

8                         By: */s/Jim Lyons*
                              Jim Lyons, *admitted Pro Hac Vice*

9                         Attorneys for Plaintiff

10

11                        FAIN ANDERSON VANDERHOEF
                          ROSENDAHL O'HALLORAN SPILLANE,
12                        PLLC

13                        By: */s/Eron Z. Cannon*
                              Eron Z. Cannon, WSBA #42706
14                            Mark B. Melter, WSBA #37062
                              Jennifer M. Smitrovich, WSBA #46262
15
                          Attorneys for Defendant CHC Services, LLC
16

17

18

19

20

21

22

23

24

25

26

STIPULATION FOR AND ORDER FOR EXTENSION OF TIME FOR
PLAINTIFFS' OPPOSITION TO DEFENDANT CHC SERVICES, LLC'S
MOTION TO DISMISS - 2 OF 4

THE SULLIVAN LAW FIRM
K.Sullivan@SullivanLawFirm.org
701 Fifth Avenue, Suite 4600
Seattle, Washington 98104
206.903.0504

1

**ORDER**

2    Based on the foregoing Stipulation, it is hereby ORDERED that the deadline for

3 Plaintiffs to file their opposition to Defendant CHC Services, LLC's Motion to Dismiss is

4 extended to June 15, 2017. The deadline for Defendant CHC Services, LLC to file its reply

5 will be June 23, 2017.

6

7 *DATED* this ___18___ day of May, 2017.

8

9                                    _____
                                     HONORABLE ROBERT S. LASNIK

10 Presented By:

11 THE SULLIVAN LAW FIRM

12 By:/s/Kevin P. Sullivan
   Kevin P. Sullivan, WSBA #11987
13 Mina Shahin, WSBA #46661

14

   LYONS & CONE, P.L.C.
15
   By: /s/Jim Lyons
16 Jim Lyons, *admitted Pro Hac Vice*

17 Attorneys for Plaintiff

18

   FAIN ANDERSON VANDERHOEF
19 ROSENDAHL O'HALLORAN
   SPILLANE, PLLC
20
   By: /s/Eron Z. Cannon
21 Eron Z. Cannon, WSBA #42706
   Mark B. Melter, WSBA #37062
22 Jennifer M. Smitrovich, WSBA #46262

23 Attorneys for Defendant CHC Services, LLC

24

25

26

STIPULATION FOR AND ORDER FOR EXTENSION OF TIME FOR
PLAINTIFFS' OPPOSITION TO DEFENDANT CHC SERVICES, LLC'S
MOTION TO DISMISS - 3 OF 4