*Hon. Robert S. Lasnik*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGARETE CHENOWETH and DAVID CHENOWETH,<br><br>Plaintiffs,<br><br>v.<br><br>HMR FUNDING, LLC; DEAN CHASE; MARK GUEDRI; MKL SERVICES, LLC d/b/a BRIGHTSTAR CARE OF NORTH SEATTLE; CHC SERVICES, LLC; TRANSAMERICA MEDICAL ASSISTANCE, LLC,<br><br>Defendants. | NO. 2:16-cv-01928-RSL<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE RE MOTION TO DISMISS<br><br>Noting Date: June 13, 2017 |

## STIPULATION

Plaintiffs Margarete and David Chenoweth and Defendants CHC Services, LLC, by and through their counsel of record, hereby stipulate and agree that Plaintiffs' deadline to file their response brief to CHCS' Motion to Dismiss (Dkt. # 38) shall be extended to June 30, 2017. CHCS' deadline to file its reply brief shall be July 7, 2017.

IT IS SO STIPULATED, THOUGH COUNSEL OF RECORD.

STIPULATION AND ORDER TO EXTEND DEADLINE
RE MOTION TO DISMISS - 1

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194

DATED this 13th day of June, 2017.

| THE SULLIVAN LAW FIRM | FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC |
|---|---|
| By /s/Kevin P. Sullivan<br>Kevin P. Sullivan, WSBA # 11987 | BY: /s/Eron Z. Cannon<br>Eron Z. Cannon, WSBA #42706<br>Mark B. Melter, WSBA #46262 |
| LYONS & CONE, P.L.C. | Attorneys for Defendant CHC Services, LLC |
| By /s/Jim Lyons<br>Jim Lyons, pro hac vice | |
| Attorneys for Plaintiffs Margarete and David Chenoweth | |

## ORDER

Pursuant to the above stipulation, it is hereby ORDERED that Plaintiffs' deadline to file their response brief to CHCS' Motion to Dismiss (Dkt. # 38) shall be extended to June 30, 2017. CHCS' deadline to file its reply brief shall be July 7, 2017.

DATED this 14th day of June, 2017.

_/s/ Robert S Lasnik_
HONORABLE ~~RONALD~~ ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

**Presented by:**

FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC

By: /s/Eron Z. Cannon
Eron Z. Cannon, WSBA #42706
Mark B. Melter, WSBA #46262

STIPULATION AND ORDER TO EXTEND DEADLINE
RE MOTION TO DISMISS - 2

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194