The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARGARETE CHENOWETH, and DAVID CHENOWETH,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>HMR FUNDING, LLC; DEAN CHASE; MARK GUEDRI; MKL SERVICES LLC d/b/a BRIGHTSTAR CARE OF NORTH SEATTLE; CHC SERVICES, LLC; TRANSAMERICA MEDICAL ASSISTANCE, LLC,<br><br>　　　　　　　　Defendants. | Cause No.: 2:16-cv-01928<br><br>STIPULATION FOR AN ORDER FOR EXTENSION OF TIME FOR DEFENDANT MKL SERVICES LLC'S RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT<br><br><br>Note for Hearing: June 19, 2017 |

Counsel for Plaintiffs and counsel for Defendant MKL Services LLC d/b/a BrightStar Care of North Seattle hereby stipulate to an extension of time for MKL Services LLC to file its responsive pleading to Plaintiffs' Amended Complaint until June 30, 2017. The extension of time for MKL Services LLC to answer or respond will not delay or extend any other deadlines, including those in the Court's February 13, 2017 and March 22, 2017 orders.

DATED this 19th day of June, 2017.

THE SULLIVAN LAW FIRM

By: /s/ Kevin P. Sullivan
　　Kevin P. Sullivan, WSBA #11987
　　Mina Shahin, WSBA #46661

STIPULATION FOR AN ORDER FOR EXTENSION OF TIME FOR DEFENDANT MKL SERVICES LLC'S RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT - 1 OF 1

THE SULLIVAN LAW FIRM
K.Sullivan@SullivanLawFirm.org
701 Fifth Avenue, Suite 4600
Seattle, Washington 98104
206.903.0504

LYONS & CONE, P.L.C.

By: /s/Jim Lyons
Jim Lyons, *admitted Pro Hac Vice*

Attorneys for Plaintiff

GORDON THOMAS HONEYWELL LLP

By: /s/Shelly M. Andrew
Shelly M. Andrew, WSBA # 41195
Attorney for MKL Services LLC

## ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that the deadline for Defendant MKL Services LLC d/b/a BrightStar Care of North Seattle to file its Answer or other responsive pleading to Plaintiffs' Amended Complaint is extended to June 30, 2017.

DATED this 20th day of June 2017.

_____
Honorable Robert S. Lasnik

Presented by:

THE SULLIVAN LAW FIRM

By: /s/Kevin P. Sullivan
Kevin P. Sullivan, WSBA #11987
Mina Shahin, WSBA #46661

LYONS & CONE, P.L.C.

By: /s/Jim Lyons
Jim Lyons, *admitted Pro Hac Vice*

Attorneys for Plaintiff

GORDON THOMAS HONEYWELL LLP

By: /s/Shelly M. Andrew
Shelly M. Andrew, WSBA # 41195
Attorney for MKL Services LLC

STIPULATION FOR AN ORDER FOR EXTENSION OF TIME FOR DEFENDANT MKL SERVICES LLC'S RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT - 2 OF 3

THE SULLIVAN LAW FIRM
K.Sullivan@SullivanLawFirm.org
701 Fifth Avenue, Suite 4600
Seattle, Washington 98104
206.903.0504