THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARGARETE CHENOWETH, et al.,

    Plaintiffs,

v.

HMR FUNDING, LLC, et al.,

    Defendants.

Case No. 2:16-cv-01928-RSL

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR JOINING ADDITIONAL PARTIES**

**STIPULATION**

Counsel for Plaintiffs Margarete Chenoweth and David Chenoweth ("Plaintiffs") and counsel for Defendants HMR Funding, LLC, Dean Chase, Mark Guedri, Transamerica Medical Assistance, LLC, MKL Services LLC dba Brightstar Care of North Seattle, and CHC Services, LLC ("Defendants") hereby agree and stipulate as follows:

On May 30, 2017, the Court entered a Minute Order Setting Trial Date and Related Dates (Dkt. 48), which set a deadline of June 27, 2017 to join additional parties. Plaintiffs and Defendants have engaged in discussions that pose the prospect of resolving the litigation. To facilitate such discussions and avoid possibly unnecessary expansion of the litigation, the parties believe there is good cause to extend the deadline to join additional parties by 14 days, to July 11, 2017.

IT IS SO STIPULATED.

Dated: June 26, 2017

LANE POWELL PC
KELLER/ANDERLE LLP
ALGER LAW APC

By: s/Rudy A. Englund
    Rudy A. Englund, WSBA No. 04123
    Timothy L. Alger, (*pro hac vice*)

Counsel for Defendants HMR Funding, LLC, Dean Chase, Mark Guedri, and Transamerica Medical Assistance, LLC

Dated: June 26, 2017

GORDON THOMAS HONEYWELL LLP

By: s/Shelly M. Andrew with permission
    Shelly M. Andrew, WSBA No. 41195

Counsel for Defendant CHC Services, LLC

Dated: June 26, 2017

FAIN ANDERSON VANDENHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC

By: s/Mark B. Melter with permission
    Mark B. Melter, WSBA No. 46262

Counsel for Defendant, MKL Services LLC d/b/a BrightStar Care of North Seattle

Dated: June 26, 2017

THE SULLIVAN LAW FIRM

By: s/Kevin P. Sullivan with permission
    Kevin P. Sullivan, WSBA No. 11987
    Attorneys for Plaintiffs Margarete Chenoweth and David Chenoweth

# ORDER

Based on the foregoing Stipulation, and good cause having been shown, it is hereby ORDERED that:

The deadline to join additional parties is extended by 14 days, to July 11, 2017.

IT IS SO ORDERED.

DATED this 27 day of June, 2017.

_____
HON. ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented By:

LANE POWELL PC
KELLER/ANDERLE LLP
ALGER LAW APC

By s/ Rudy A. Englund
    Rudy A. Englund, WSBA No. 04123
    Timothy L. Alger, (pro hac vice)

    Attorneys for Defendants HMR Funding, LLC, Dean Chase, Mark Guedri, and Transamerica Medical Assistance, LLC

THE SULLIVAN LAW FIRM

By s/ Kevin P. Sullivan with permission
    Kevin P. Sullivan, WSBA No. 11987
    Attorney for Plaintiffs Margarete Chenoweth and David Chenoweth