1

THE HONORABLE ROBERT S. LASNIK

2

3

4

5

6

7
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8
AT SEATTLE

9
MARGARETE CHENOWETH, et al.,                )
                                            )
10
                            Plaintiffs,     )   Case No. 2:16-cv-01928-RSL
                                            )
11
        v.                                  )   **STIPULATION AND [PROPOSED]**
                                            )   **ORDER EXTENDING TIME FOR**
12
HMR FUNDING, LLC, et al.,                   )   **JOINING ADDITIONAL PARTIES**
                                            )
13
                            Defendants.     )
                                            )
14

15
                          **STIPULATION**

16
        Counsel for Plaintiffs Margarete Chenoweth and David Chenoweth ("Plaintiffs") and

17
counsel for Defendants HMR Funding, LLC, Dean Chase, Mark Guedri, Transamerica Medical

18
Assistance, LLC, MKL Services LLC dba Brightstar Care of North Seattle, and CHC Services,

19
LLC ("Defendants") hereby agree and stipulate as follows:

20
        On May 30, 2017, the Court entered a Minute Order Setting Trial Date and Related Dates

21
(Dkt. 48), which set a deadline of June 27, 2017 to join additional parties.  The parties began

22
settlement discussions, and, per the parties' stipulation, the Court extended the deadline to July

23
11, 2017.  Plaintiffs and Defendants are in the process of finalizing the settlement.  To finalize

24
the settlement and avoid possibly unnecessary expansion of the litigation, the parties believe

25
there is good cause to extend the deadline to join additional parties by 14 days, to July 25, 2017.

26
        IT IS SO STIPULATED.

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ADD PARTIES - 1 of 3
CASE NO. 2:16-cv-01928

1   Dated: July 11, 2017              LANE POWELL PC
                                      KELLER/ANDERLE LLP
2                                     ALGER LAW APC

3
                                      By: s/Rudy A. Englund
4                                          Rudy A. Englund, WSBA No. 04123
                                           Timothy L. Alger, (pro hac vice)
5
6                                     Counsel for Defendants HMR Funding, LLC, Dean Chase,
                                      Mark Guedri, and Transamerica Medical Assistance, LLC
7
8   Dated: July 11, 2017              GORDON THOMAS HONEYWELL LLP

9
                                      By: s/Shelly M. Andrew with permission
10                                         Shelly M. Andrew, WSBA No. 41195

11                                    Counsel for Defendant  MKL Services LLC d/b/a BrightStar
                                      Care of North Seattle
12
13  Dated: July 11, 2017              FAIN ANDERSON VANDENHOEF ROSENDAHL
                                      O'HALLORAN SPILLANE PLLC
14
15
                                      By: s/Mark B. Melter with permission
16                                         Mark B. Melter, WSBA No. 46262

17                                    Counsel for Defendant CHC Services, LLC

18
    Dated: July 11, 2017             THE SULLIVAN LAW FIRM
19
20                                    By: s/Patrick J. Sullivan with permission
                                           Patrick J. Sullivan, WSBA No. 50230
21                                         Attorneys for Plaintiffs Margarete Chenoweth and
                                           David Chenoweth
22
23
24
25
26
27
28

1

## ORDER

2

Based on the foregoing Stipulation, and good cause having been shown, it is hereby

3

ORDERED that:

4

The deadline to join additional parties is extended by 14 days, to July 25, 2017.

5

IT IS SO ORDERED.

6

7

DATED this 12ᵗʰ day of July, 2017.

8

9

_MWS Cassik_

HON. ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

10

Presented By:

11

LANE POWELL PC
KELLER/ANDERLE LLP

12

ALGER LAW APC

13

14

By s/ Rudy A. Englund
        Rudy A. Englund, WSBA No. 04123

15

        Timothy L. Alger, (pro hac vice)

16

        Attorneys for Defendants HMR Funding, LLC, Dean Chase, Mark Guedri, and
        Transamerica Medical Assistance, LLC

17

THE SULLIVAN LAW FIRM

18

19

By s/ Patrick J. Sullivan with permission
        Patrick J. Sullivan, WSBA No. 50230

20

        Attorney for Plaintiffs Margarete Chenoweth and David Chenoweth

21

22

23

24

25

26

27

28