*Hon. Robert S. Lasnik*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGARETE CHENOWETH and DAVID CHENOWETH,<br><br>Plaintiffs,<br><br>v.<br><br>HMR FUNDING, LLC; DEAN CHASE; MARK GUEDRI; MKL SERVICES, LLC d/b/a BRIGHTSTAR CARE OF NORTH SEATTLE; CHC SERVICES, LLC; TRANSAMERICA MEDICAL ASSISTANCE, LLC,<br><br>Defendants. | NO. 2:16-cv-01928-RSL<br><br>ORDER GRANTING DEFENDANT CHC SERVICES, LLC'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6) |

This matter came before the Court on CHC Services, LLC's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. # 38. The Court declined to hear oral argument but reviewed and considered the following submissions:

1. Defendant CHC Services, LLC's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12 (b)(6);

1      2. The Declaration of Evan Cantini, MD in Support of Defendant CHC Services,
2 LLC's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12 (b)(6).
3     The Court, having reviewed and considered the above, and in light of plaintiffs' failure
4 to respond to the motion, which the Court considers to be "an admission that the motion has
5 merit," Local Civil Rule 7(b)(2), hereby ORDERS, ADJUDGES, and DECREES that all of
6 Plaintiffs Margarete and David Chenoweth's claims against Defendant CHC Services, LLC are
7 hereby dismissed with prejudice.

9     DATED THIS 17th day of July, 2017.

*[signature]*

Robert S. Lasnik
United States District Judge