THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARGARETE CHENOWETH, AND DAVID CHENOWETH,

PLAINTIFFS,

v.

HMR FUNDING, LLC; DEAN CHASE; MARK GUEDRI; MKL SERVICES LLC D/B/A BRIGHTSTAR CARE OF NORTH SEATTLE; CHC SERVICES, LLC; TRANSAMERICA MEDICAL ASSISTANCE, LLC,

DEFENDANTS.

CAUSE NO.: 2:16-cv-01928

STIPULATION AND ORDER FOR DISMISSAL

## I. STIPULATION

Come the Plaintiffs, Margarete Chenoweth and David Chenoweth, and the Defendants, HMR Funding, Dean Chase, Mark Guedri, MKL Services LLC d.b.a. Brightstar Care of North Seattle, CHC Services, LLC, and Transamerica Medical Assistance, LLC, by and through their attorneys, stipulate that the above captioned action shall be dismissed with prejudice and no award of attorneys' fees or costs shall be made to any party.



THE SULLIVAN LAW FIRM
K.SULLIVAN@SULLIVANLAWFIRM.ORG
701 FIFTH AVENUE, SUITE 4600
SEATTLE, WASHINGTON 98104
206.903.0504

*DATED* this 18th day of August, 2017.

THE SULLIVAN LAW FIRM

By: [signature]
Kevin P. Sullivan, WSBA #: 11987
Patrick J. Sullivan, WSBA #: 50230
Mina Shahin, WSBA #: 46661
701 Fifth Avenue Suite 4600
Seattle, WA 98104-7068
Phone: (206) 903-0504
Facsimile: (206) 260-2060
*K.Sullivan@SullivanLawFirm.org*
*P.Sullivan@SullivanLawFirm.org*
*M.Shahin@SullivanLawFirm.org*

Lyons & Cone, P.L.C.
Jim Lyons (*Pro Hac Vice*)
P.O. Box 7044
Jonesboro, AR 72403
Phone: (870) 972-5440
Facsimile: (870) 972-1270
*JLyons@LecLaw.com*
Attorneys for Plaintiffs

FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC

By: /s/Eron Z. Cannon by P.J.S. per email
Eron Z. Cannon, WSBA #: 42706
Mark B. Melter, WSBA #: 37062
Jennifer M. Smitrovich, WSBA #: 46262
701 Fifth Avenue Suite 4750
Seattle, WA 98104-7089
Phone: (206) 749-0094
Facsimile: (206) 749-0194
*eron@favros.com*
*mark@favros.com*
*jennifers@favros.com*
Attorneys for Defendant CHC Services, LLC

GORDON THOMAS HONEYWELL LLP

By: /s/ Shelly M. Andrew by P.J.S. per email
Shelly M. Andrew, WSBA #: 41195
1201 Pacific Ave, Suite 2100
Tacoma, WA 98402-4314
Phone: (253) 620-6433
*sandrew@gth-law.com*
Attorneys for Defendant MKL Services LLC

LANE POWELL PC

By: /s/ Rudy A. Englund by P.J.S. per email
Rudy A. Englund, WSBA #: 4123
PO Box 91302
1420 5th Ave, Suite 4200
Seattle, WA 98111-9402
Phone: (206) 223-7042
Facsimile: (206) 223-7107
*englundr@lanepowell.com*

Jennifer A. Keller (*pro hac vice*)
Shaun A. Hoting (*pro hac vice*)
KELLER/ANDERLE LLP
18300 Von Karman Ave., Suite 930
Irvine, CA 92612-1057
Phone: (949) 476-8700
Facsimile: (949) 476-0900
*jkeller@kelleranderle.com*
*shoting@kelleranderle.com*

Timothy L. Alger (*pro hac vice*)
Alger Law APC
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Phone: (888) 562-0562
*tlalger@algerlaw.net*
Attorneys for HMR Funding, LLC, Dean Chase, Mark Guedri, and Transamerica Medical Assistance, LLC

## II. ORDER OF DISMISSAL

Based on the above stipulation of the parties, It Is Ordered:

1. The above captioned action is dismissed with prejudice; and

2. No award of costs or attorneys' fees shall be made to any party.

*DATED* this 22nd day of August, 2017.

[signature]
The Honorable Robert S. Lasnik



THE SULLIVAN LAW FIRM
K.SULLIVAN@SULLIVANLAWFIRM.ORG
701 FIFTH AVENUE, SUITE 4600
SEATTLE, WASHINGTON 98104
206.903.0504

*Presented by:*

**THE SULLIVAN LAW FIRM**

By: [signature]
Kevin P. Sullivan, WSBA #: 11987
Patrick J. Sullivan, WSBA #: 50230
Mina Shahin, WSBA #: 46661
701 Fifth Avenue Suite 4600
Seattle, WA 98104-7068
Phone: (206) 903-0504
Facsimile: (206) 260-2060
*K.Sullivan@SullivanLawFirm.org*
*P.Sullivan@SullivanLawFirm.org*
*M.Shahin@SullivanLawFirm.org*

Lyons & Cone, P.L.C.
Jim Lyons (*Pro Hac Vice*)
P.O. Box 7044
Jonesboro, AR 72403
Phone: (870) 972-5440
Facsimile: (870) 972-1270
*JLyons@LecLaw.com*
Attorneys for Plaintiffs

*Copy received, approved as to form, notice of presentation waived:*

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**

By: /s/Eron Z. Cannon by P.J.S. per email
Eron Z. Cannon, WSBA #: 42706
Mark B. Melter, WSBA #: 37062
Jennifer M. Smitrovich, WSBA #: 46262
701 Fifth Avenue Suite 4750
Seattle, WA 98104-7089
Phone: (206) 749-0094
Facsimile: (206) 749-0194
*eron@favros.com*
*mark@favros.com*
*jennifers@favros.com*
Attorneys for Defendant CHC Services, LLC

**GORDON THOMAS HONEYWELL LLP**

By: /s/Shelly M. Andrew by P.J.S. per email
Shelly M. Andrew, WSBA #: 41195
1201 Pacific Ave, Suite 2100
Tacoma, WA 98402-4314
Phone: (253) 620-6433
*sandrew@gth-law.com*
Attorneys for Defendant MKL Services LLC



THE SULLIVAN LAW FIRM
K.SULLIVAN@SULLIVANLAWFIRM.ORG
701 FIFTH AVENUE, SUITE 4600
SEATTLE, WASHINGTON 98104
206.903.0504

**LANE POWELL PC**

By: /s/Rudy A. Englund by P.J.S. per email

Rudy A. Englund, WSBA #: 4123
PO Box 91302
1420 5th Ave, Suite 4200
Seattle, WA 98111-9402
Phone: (206) 223-7042
Facsimile: (206) 223-7107
*englundr@lanepowell.com*

Jennifer A. Keller (*pro hac vice*)
Shaun A. Hoting (*pro hac vice*)
KELLER/ANDERLE LLP
18300 Von Karman Ave., Suite 930
Irvine, CA 92612-1057
Phone: (949) 476-8700
Facsimile: (949) 476-0900
*jkeller@kelleranderle.com*
*shoting@kelleranderle.com*

Timothy L. Alger (*pro hac vice*)
Alger Law APC
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Phone: (888) 562-0562
*tlalger@algerlaw.net*
Attorneys for HMR Funding, LLC, Dean Chase, Mark Guedri, and Transamerica Medical Assistance, LLC



THE SULLIVAN LAW FIRM
K.SULLIVAN@SULLIVANLAWFIRM.ORG
701 FIFTH AVENUE, SUITE 4600
SEATTLE, WASHINGTON 98104
206.903.0504